UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Patricia Bateman

        v.        Civil No. 11-cv-586-PB

United States of America

O R D E R

Complaint Filed:   December 22, 2011

Summons Issued:   December 22, 2011 and February 24, 2012

To date, the Court has received no return of service.

In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice on April 16, 2012, if said return or a motion to extend time to effect service is not received by that date.

SO ORDERED.

April 9, 2012        /s/ Paul Barbadoro
        US District Judge

cc:   Paul DeCarolis, Esq.